# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Terrence Bowser,

Petitioner,

v.

Jerry Howell, et al.,

Respondents.

Case No.: 2:20-cv-01169-JAD-BNW

**Order Dismissing Improperly Commenced Habeas Proceeding**

Petitioner, a Nevada prisoner, has submitted a petition for writ of habeas corpus under 28 U.S.C. § 2254.[1] Petitioner has not filed an application to proceed *in forma pauperis* or paid the filing fee.[2] Instead, petitioner has included a letter (with two attached receipts) with his petition stating that he already paid the fee in relation to another case that was dismissed: 2:20-cv-00863-KJD-DJA.[3] Neither of the two receipts, however, were issued by the court, and the court's records indicate that the court has not received a filing fee in either case. As a result, this matter has not been properly commenced and must be dismissed without prejudice to the petitioner's ability to file a habeas petition in a new action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

---

[1] ECF No. 1-1.

[2] *See* 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2.

[3] ECF No. 1.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the filing of a petition in a **new** action with either the $5.00 filing fee or a properly completed application form to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that a certificate of appealability is denied, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

IT IS FURTHER ORDERED that **the Clerk is directed to**:

- **Send** petitioner two copies each of an application form to proceed in forma pauperis for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action; and
- ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: June 26, 2020

_____
U.S. District Judge Jennifer A. Dorsey